## FAWN MANUEL v. STATE.

No. A-569. Opinion Filed May 9, 1911.

(115 Pac. 605.)

**APPEAL—Dismissal—Writ of Error Filed too Late—Failure to File Notice of Appeal.** Where judgment was rendered November 1, 1909, and there was an order of the trial judge extending the time within which accused could take his appeal to January 20, 1910, and the writ of error was not filed in the appellate court until January 25, 1910, and the record failed to show that any notice of appeal was served upon the county attorney and clerk of the county court, as required by Comp. Laws 1909, sec. 6949, the appellate court never acquired jurisdiction, and the appeal must be dismissed.

(Syllabus by the Court.)

*Appeal from Wagoner County Court; W. T. Drake, Judge.*

Fawn Manuel was convicted of violating the prohibitory liquor law, and he appeals. Dismissed.

*R. F. Blair,* for appellant.
*Smith C. Matson,* Asst. Atty. Gen., for the State.

PER CURIAM. On the 1st day of November, 1909, in the county court of Wagoner county, appellant was convicted for violating the prohibitory liquor law. His punishment was assessed at a fine of $100 and 60 days' confinement in the county jail.

There was an order of the county judge extending the time within which appellant could take his appeal to this court to the 20th day of January, 1910. The writ of error, however, was not filed in this court until the 25th day of January, 1910. The record fails to show that any notice of appeal had ever been served upon the county attorney and clerk of the county court as is required by section 6949 of Snyder's Comp. Laws of Oklahoma 1909.

This court, therefore, never acquired jurisdiction of this cause, and it must be dismissed.